12 A.3d 291

**Donald Frank DIGIACOMO, Petitioner**

v.

**PHILA., PA. CT. OF COMMON PLEAS, Respondent.**

**No. 136 EM 2010.**

Supreme Court of Pennsylvania.

Jan. 14, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of January, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**